# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING

Clerk of the Court

(415) 522-2015

January 26, 2004

To:   J. Quechaun Allen
2011 Sierra Road, #E
Concord, CA 94518

Re: J. Quechaun Allen v. City and County of San Francisco - C03-5256 BZ

Dear J. Quechaun Allen:

This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

A review of our records discloses that a hearing has been scheduled for March 29, 2004 at 4:00 p.m.  To allow the hearing to be heard as scheduled, you are requested to complete the consent or non-consent form and return it to the Court  by February 2, 2004.  You can download this form at www.cand.uscourts.gov.  You are free to withhold consent without adverse consequences.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

_____/s/_____
By:   Lashanda Scott
Courtroom Deputy

N:\FORMS\consent2.wpd